UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ROBERT THOMAS IRVIN          ]
    Plaintiff,                ]
                            ]
v.                          ]          No. 3:16-3015
                            ]          Chief Judge Sharp
WILLIAM JOSEPH HAYNES, JR., ]
et al.                      ]
    Defendants.               ]


# M E M O R A N D U M


The plaintiff, proceeding *pro se*, is a resident of Clarksville, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against William Joseph Haynes, Jr., a Senior District Judge in this judicial district; the Judicial Branch of the federal government; and Loretta Lynch, the Attorney General of the United States; seeking injunctive relief and damages.

The plaintiff describes himself as a 72 year old African-American. He claims that his civil rights have been violated during litigation in federal court.

To establish a claim for § 1983 relief, the plaintiff must plead and prove that the defendants, while acting under color of state law, deprived him of a right or privilege guaranteed by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981).

The defendants have not been acting under color of state law during the litigation of plaintiff's claims in federal court. Thus, the plaintiff has failed to state an actionable claim under § 1983 against the defendants.

The plaintiff has been granted pauper status. When a plaintiff proceeding in forma pauperis has failed to state a claim upon which relief can be granted, the Court is obliged to dismiss the instant action *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

Kevin H. Sharp
United States District Judge