UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT THOMAS IRVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cv-03015 |
| ) | CHIEF JUDGE CRENSHAW |
| WILLIAM JOSEPH HAYNES, JR., *et al.*, ) ) ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Petition for Writ of Mandamus of the Judicial Review of Agency and Application for Injunctive Relief (Doc. No. 12), as amended (Doc. No. 13), is **DENIED**. This case is closed and the time for appeal has passed. FED. R. APP. P. 4(a). As such, the Clerk is **DIRECTED** to return as unfiled all future filings in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE